NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-950

PHYLLIS BENOIT, ET AL.

VERSUS

ALLSTATE INSURANCE CO., ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2002-1132
HONORABLE HERMAN C. CLAUSE, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

AFFIRMED.

Scott Anthony Dartez
Perrin, Landry, deLaunay, Dartez & Ouellet
P. O. Box 53597
Lafayette, LA 70505
(337) 237-8500
Counsel for Plaintiff/Appellant
    Phyllis Benoit
    Zechary Verett

**Donald Dale Landry**
**Perrin, Landry, deLaunay, Dartez & Ouellet**
**P. O. Box 53597**
**Lafayette, LA 70505**
**(337) 237-8500**
**Counsel for Plaintiff/Appellant**
        **Phyllis Benoit**
        **Zechary Verett**

**Allen I. Boudreaux, Jr.**
**11440 Lake Sherwood Ave. North**
**Suite F**
**Baton Rouge, LA 70816**
**(225) 215-3170**
**Counsel for Defendants/Appellees**
        **Imperial Fire and Casualty Ins. Co.**
        **Marietta M. Verett**

**David Allen Lowe**
**11440 Lake Sherwood Ave. North**
**Baton Rouge, LA 70816**
**(225) 215-3170**
**Counsel for: Defendants/Appellees**
        **Imperial Fire and Casualty Ins. Co.**
        **Marietta M. Verett**

**Douglas D. McGinity**
**11440 Lake Sherwood Ave. North**
**Suite F**
**Baton Rouge, LA 70816**
**(225) 215-3170**
**Counsel for Defendants/Appellees**
        **Imperial Fire and Casualty Ins. Co.**
        **Marietta M. Verett**

**Joseph H. Garbarino**
**Law Offices of Harold G. Toscano**
**400 E. Kaliste Saloom, Suite #1400**
**Lafayette, LA 70508**
**(337) 291-1743**
**Counsel for Defendant/Appellee**
        **Allstate Ins. Co.**